# United States District Court

__MIDDLE__ DISTRICT OF __ALABAMA__

RECEIVED
2006 NOV 22 A 10: 27

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MICHAEL W. WALKER<br><br>(Name and Address of Defendant) | CRIMINAL COMPLAINT<br><br>CASE NUMBER: 2:06 mj 131-DRB |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __November 17, 2006__, in __Montgomery__ county and elsewhere within the __Middle__ District of __Alabama__ defendant(s) did, (Track Statutory Language of Offense) by force violence and by intimidation did take from the person and presence of another approximately $479.00 belonging to and in the care, custody, control, management, or possession of AmSouth Bank, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation,

in violation of Title __18__ United States Code, Section(s) __2113(a)__, I further state that I am a(n) __Federal Bureau of Investigation Special Agent__ and that this complaint is based on the following facts:
  Official Title

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

November 22, 2006                                        at    Montgomery, Alabama
Date                                                                    City and State

Delores R. Boyd, U.S. Magistrate Judge          _____
Name and Title of Judicial Officer                     Signature of Judicial Officer

# AFFIDAVIT

I, John Drew, having appeared before the undersigned United States Magistrate, and having been duly sworn, deposes and states:

I am a Federal Bureau of Investigation (FBI) Special Agent assigned to the Montgomery, Alabama District Office. I have been a law enforcement officer for approximately 23 years. On November 17, 2006, defendant Michael W. Walker went into the AmSouth Bank on Eastern Boulevard in Montgomery, Alabama and demanded money from the teller. In substance, Walker told the teller that if she didn't give him the money there would be a bloodbath. Walker reached under his jacket as if to pull a firearm. The teller felt threatened and put approximately $479.00 on the counter. The defendant fled the bank but Walker was trapped between the security doors before he could get outside the bank. Montgomery Police came to the scene and arrested Walker. Officers found that Walker had an airpistol or pellet gun hidden on his person.

Based upon the above described facts, information, observations, and training I believe that probable cause exists to believe Michael W. Walker violated federal law by robbing AmSouth Bank the deposits of which were then insured by the Federal Deposit Insurance Corporation.

John Drew, Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me this 22nd day of November, 2006.

DELORES R. BOYD
United States Magistrate Judge

1