IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06-mj-131-SRW |
| | ) | |
| MICHAEL W. WALKER | ) | |

**UNITED STATES' MOTION TO SUBSTITUTE COUNSEL**

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and moves this Court to substitute Assistant United States Attorney Todd A. Brown as counsel of record for the United States of America in this matter in place of Assistant United States Attorney Susan R. Redmond.

Respectfully submitted this the 12th day of December, 2006.

    LEURA G. CANARY
    UNITED STATES ATTORNEY

    s/Todd A. Brown
    TODD A. BROWN
    Assistant United States Attorney
    One Court Square, Suite 201
    Montgomery, AL 36104
    Phone: (334)223-7280
    Fax: (334)223-7135
    E-mail: todd.brown@usdoj.gov
    ASB-1901-O64T