| COURTROOM DEPUTY'S MINUTES | MIDDLE DISTRICT OF ALABAMA |
|---|---|

---

| √ INITIAL APPEARANCE | DATE: December 12, 2006 |
|---|---|
| ❏ BOND HEARING | |
| ❏ DETENTION HEARING | Digital Recording 3:22 - 3:29 |
| ❏ PRELIMINARY (EXAMINATION)(HEARING) | |
| ❏ REMOVAL HEARING (R.40) | |
| ❏ ARRAIGNMENT | |

---

**PRESIDING MAG. JUDGE:** Susan Russ Walker       **DEPUTY CLERK:** Joyce Taylor

**CASE NO.** 2:06mj131-SRW       **DEFENDANT NAME:** Michael W. Walker

**AUSA:** Todd Brown       **DEFT. ATTY:** Robert Illman

   **Type Counsel:** ( )Retained; ( ) CJA; ( ) Waived; (√) FPD

**USPO/USPTS:** Tamara Martin

**Interpreter needed:** (√) NO; ( )YES   Name:

---

| | |
|---|---|
| √ | Date of Arrest December 12, 2006 or ❏ Arrest Rule 40 |
| √ | Deft First Appearance. Advised of rights/charges. ❏ Prob/Sup Rel Violator |
| √ | Financial Affidavit executed. ORAL MOTION for appointment of Counsel. |
| √ | ORAL ORDER appointing Federal Public Defender - Notice of Appearance to be filed |
| ❏ | Panel Attorney Appointed; ❏ to be appointed - prepare voucher |
| ❏ | Deft. Advises he will retain counsel.  Has retained _____ |
| √ | ❏ Government's ORAL Motion for Detention Hrg. ❏ to be followed by written motion; √ Government's WRITTEN Motion for Detention Hrg. filed |
| √ | Detention Hearing/Preliminary Examination set for December 19, 2006 at 8:45 a.m. |
| ❏ | **ORDER OF TEMPORARY DETENTION PENDING HEARING** to be entered |
| ❏ | **ORDER OF DETENTION HEARING PENDING TRIAL** to be entered |
| ❏ | Release order entered.  Deft advised of conditions of release |
| ❏ | ❏ BOND EXECUTED (M/D AL charges) $. Deft released |
| | ❏ BOND EXECUTED (R. 40) - deft to report to originating district as ordered |
| ❏ | Bond not executed.  Defendant to remain in Marshal's custody |
| ❏ | Deft. ORDERED REMOVED to originating district |
| ❏ | Waiver of ❏ preliminary hearing; ❏ Waiver Rule 40 hearing |
| ❏ | Court finds PROBABLE CAUSE.  Defendant bound over to the Grand Jury |
| ❏ | ARRAIGNMENT ❏HELD. Plea of NOT GUILTY entered. ❏Set for       DISCOVERY DISCLOSURE DATE: |
| ❏ | WAIVER of Speedy Trial.       CRIMINAL TERM: |
| ❏ | NOTICE to retained Criminal Defense Attorney handed to counsel |