IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

DEC 13 2006

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | CR. NO. 2:06CR-284-MHT-CSC |
| v. | ) | [18 U.S.C. 2113(a)] |
| | ) | |
| | ) | |
| MICHAEL WADE WALKER | ) | INDICTMENT |

**The Grand Jury charges:**

## COUNT 1

On or about November 17, 2006, in Montgomery County, within the Middle District of Alabama, the defendant,

MICHAEL WADE WALKER,

by force, violence, and intimidation, did take from the person and presence of another approximately $479.00, the exact amount being unknown to the Grand Jury, belonging to and in the care, custody, control, management, and possession of AmSouth Bank, located at 1465 Eastern Boulevard, Montgomery, Alabama, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Section 2113(a).

A TRUE BILL:

/s/ Barbara J. Alexander
Foreperson

/s/ Leura V. Canary
LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ Todd A. Brown
Todd A. Brown
Assistant United States Attorney