| COURTROOM DEPUTY'S MINUTES | MIDDLE DISTRICT OF ALABAMA |
|---|---|

---

☐ INITIAL APPEARANCE            DATE: December 19, 2006
☐ BOND HEARING
√ DETENTION HEARING             Digital Recording   8:51 - 8:53
☐ PRELIMINARY (EXAMINATION)(HEARING)
☐ REMOVAL HEARING (R.40)
☐ ARRAIGNMENT

---

PRESIDING MAG. JUDGE: Susan Russ Walker     DEPUTY CLERK: Joyce Taylor
CASE NO. 2:06cr284-MHT                      DEFENDANT NAME: Michael Wade Walker
AUSA: Todd Brown                            DEFT. ATTY: Kevin Butler
                                            Type Counsel: ( )Retained; ( ) CJA; ( ) Waived; (√) FPD
USPO/USPTS: Tamara Martin
Interpreter needed: ( √ ) NO; ( )YES   Name:

---

### DETENTION HEARING

**8:51 a.m.**  Court convenes.
Court states that probation office in Georgia will be filing a detainer regarding defendant's probation violation.

**8:52 a.m.**  Defendant's ORAL WAIVER of detention hearing with leave to reopen detention matter if necessary.
Court accepts waiver with the option that detention hearing may be reopened at a later time and directing defendant to file a motion to reopen if necessary.

**8:53 a.m.**  Court recessed.