**COURTROOM DEPUTY MINUTES**  DATE: **DECEMBER 27, 2006**
**MIDDLE DISTRICT OF ALABAMA**
DIGITAL RECORDING: 11:30 - 11:35

- ✓ INITIAL APPEARANCE
- ☐ DETENTION HEARING
- ☐ REMOVAL HEARING (Rule 5)
- ✓ ARRAIGNMENT
- ☐ ARRAIGNMENT on SUPERSEDING INDICTMENT
- ☐ PRELIMINARY EXAMINATION

PRESIDING MAG. JUDGE: **CHARLES S. COODY**    DEPUTY CLERK: **WANDA STINSON**

CASE NO.: **2:06CR-284-MHT-CSC**    DEFT. NAME: **MICHAEL WADE WALKER**

USA: ~~TODD BROWN~~ A. Clark Morris    ATTY: ~~DONNIE BETHEL~~ Jennifer Hart

Type Counsel: ( ) Retained; ( ) Panel CJA; ( ) Waived; (✓) CDO;

USPTSO/USPO: _____

Defendant ___ does ___ does NOT need an interpreter; NAME: _____

- ☐ Kars.   Date of Arrest _____ or  ☐ Rule 5 Arrest
- ✓ kia.    Deft. First Appearance. Advised of rights/charges.  ☐ Pro/Sup Rel Violator
- ☐ Finaff. Financial Affidavit executed  ☐ to be obtained by PTS;  ☐ ORAL Motion for Appt. Of Counsel.
- ☐ koappted  ORAL ORDER appointing Federal Defender - **Notice to be filed.**
- ☐ 20appt.  Panel Attorney Appointed;  ☐ to be appointed - prepare voucher
- ☐  Deft. Advises he will retain counsel. Has retained _____
- ☐  Government's ORAL (kgoralm.) Motion for Detention Hrg.  ☐ To be followed by written motion;
- ☐  Government's WRITTEN Motion for Detention Hrg. filed. **DETENTION HRG**  ☐ held;  ☐ Set for _____;  ☐ **Prelim. Hrg** Set for _____
- ☐ kotempdtn.  **ORDER OF TEMPORARY DETENTION PENDING HEARING** entered
- ☐ kodtn.  **ORDER OF DETENTION PENDING TRIAL** entered
- ☐ kocondrls.  Release order entered.  ☐ Deft. advised of conditions of release.
- ☐ kbnd.  ☐ **BOND EXECUTED** (M/D AL charges) $ _____ Deft released (kloc LR).
     ☐ **BOND EXECUTED** (R.5 charges) - deft to report to originating district as ordered
- ☐ Loc.(LC)  Bond **NOT** executed. Deft to remain in Marshal's custody
- ☐ ko.  Deft. **ORDERED REMOVED** to originating district
- ☐ krmvhrg.  Identity/Removal Hearing  ☐ set for _____;  ☐ **WAIVER** of Rule 5 & 5.1 Hearings
- ☐ kwvprl.  Waiver of Preliminary hearing;
- ☐  Court finds **PROBABLE CAUSE.** Defendant bound over to the Grand Jury.
- ✓ Karr.  ARRAIGNMENT SET FOR: _____  ✓ HELD. Plea of **NOT GUILTY** entered.
     ✓ Trial Term 2/5/07  ☐ PRETRIAL CONFERENCE DATE: _____
     ✓ DISCOVERY DISCLOSURES DATE: 12/27/06