| | |
|---|---|
| COURTROOM DEPUTY MINUTES | DATE: JANUARY 12, 2007 |
| MIDDLE DISTRICT OF ALABAMA | DIGITAL RECORDED: 1:25 - 1:26 |

## PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE:** CHARLES S. COODY    **DEPUTY CLERK:** WANDA STINSON

**CASE NUMBER:** 2:06CR-284-MHT-CSC    **DEFENDANT NAME:** MICHAEL WADE WALKER

### APPEARANCES

| GOVERNMENT | DEFENDANT COUNSEL |
|---|---|
| ATTY. TODD BROWN | ATTY. DONNIE BETHEL |

√   **DISCOVERY STATUS:** Complete.

√   **PENDING MOTION STATUS:** None.

☑   **PLEA STATUS:** possible plea

☑   **TRIAL STATUS:** 1 day to try case.

☐   **REMARKS:**