IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )   | |
| ) | |
| v. ) | |
| ) | CR. NO. 2:06-CR-284-MHT |
| MICHAEL WADE WALKER ) | |

MOTION FOR ORDER DIRECTING THE UNITED STATES MARSHAL
TO RELEASE CUSTODY OF PRISONER

Comes now the United States of America, by and through Leura G. Canary, United States Attorney and the undersigned Assistant United States Attorney, both for the Middle District of Alabama, and moves this Honorable Court for an order directing the United States Marshal, Middle District of Alabama, to release from their custody MICHAEL WADE WALKER, into the custody of Federal Bureau of Investigation Special Agent John Drew and/or Montgomery Police Department Officer C. J. Butterbaugh, on January 22, 2007, through May 1, 2007, so that said agents can take such prisoner into custody for the purpose of transporting him to the Office of the United States Attorney without the necessity of the presence of a Deputy United States Marshal.

We further move the Court to enter an order directing Special Agent John Drew and/or Officer C. J. Butterbaugh to return said prisoner into the custody of the United States Marshals Service when they have finished with him.

Respectfully submitted this the 18th day of January, 2007.

LEURA G. CANARY
UNITED STATES ATTORNEY

s/Todd A. Brown
TODD A. BROWN    ASB-1901-O64T
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104
Phone: (334)223-7280   Fax: (334)223-7135
E-mail: todd.brown@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | CR. NO.  2:06-CR-284-MHT |
| MICHAEL WADE WALKER ) | |

CERTIFICATE OF SERVICE

I hereby certify that on January 18, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Don Bethel, Esquire.

LEURA G. CANARY
UNITED STATES ATTORNEY

s/Todd A. Brown
TODD A. BROWN
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104
Phone: (334)223-7280
Fax: (334)223-7135
E-mail: todd.brown@usdoj.gov
ASB-1901-O64T

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | CR. NO. 2:06-CR-284-MHT |
| MICHAEL WADE WALKER ) | |

ORDER

Upon consideration of the government's motion for release of prisoner (Doc. #    ), filed on January 18, 2007, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED.

It is further ORDERED that the United States Marshals Service shall release custody of MICHAEL WADE WALKER to Federal Bureau of Investigation Special Agent John Drew and/or Montgomery Police Department Officer C. J. Butterbaugh, on January 22, 2007, through May 1, 2007, so that said agent can take such prisoner into custody without the necessity of the presence of a Deputy United States Marshal.  It is also

ORDERED that Special Agent John Drew and/or Officer Butterbaugh shall return said prisoner into the custody of the United States Marshals Service when they have finished with him.

Done this the _____ day of January, 2007.

_____
UNITED STATES MAGISTRATE JUDGE