IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No.: 2:06cr284-MHT |
| ) | |
| MICHAEL W. WALKER ) | |

### NOTICE OF INTENT TO CHANGE PLEA

**COMES NOW** the Defendant, **MICHAEL W. WALKER**, by undersigned counsel, Donnie W. Bethel, and notifies the Court of his intent to change his previously entered plea of not guilty to guilty. Defendant waives his right to plead in front of a district judge and consents to do so before a magistrate judge. Undersigned counsel will be in Colorado for training from January 19, 2007, through January 26, 2007, and requests that the change of plea hearing be set for the week of January 29, 2007.

Dated this 18th day of January, 2007.

Respectfully submitted,

s/ Donnie W. Bethel
DONNIE W. BETHEL
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail:don_bethel@fd.org
IN Bar Code: 14773-49

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                                                                    ) | Case No.: 2:06cr284-MHT |
| ) | |
| MICHAEL W. WALKER                           ) | |

## CERTIFICATE OF SERVICE

     I hereby certify that on January 18, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Todd A. Brown, Esq.
Assistant U. S. Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

                      Respectfully submitted,

                      s/ Donnie W. Bethel
                      DONNIE W. BETHEL
                      Assistant Federal Defender
                      201 Monroe Street, Suite 407
                      Montgomery, Alabama 36104
                      Phone: (334) 834-2099
                      Fax: (334) 834-0353
                      E-mail:don_bethel@fd.org
                      IN Bar Code: 14773-49