IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | )   CR. NO.  2:06-CR-284-MHT |
| MICHAEL WADE WALKER | ) |

**O R D E R**

Upon consideration of the government's motion for release of prisoner (Doc. #20), filed on January 18, 2007, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED.

It is further ORDERED that the United States Marshals Service shall release custody of MICHAEL WADE WALKER to Federal Bureau of Investigation Special Agent John Drew and/or Montgomery Police Department Officer C. J. Butterbaugh, on January 22, 2007, through May 1, 2007, so that said agent can take such prisoner into custody without the necessity of the presence of a Deputy United States Marshal.  It is also

ORDERED that Special Agent John Drew and/or Officer Butterbaugh shall return said prisoner into the custody of the United States Marshals Service when they have finished with him.

Done this 18th day of January, 2007.

　　　　　　　　　　　　　　　　　　　/s/Charles S. Coody
　　　　　　　　　　　　　　　　　　CHARLES S. COODY
　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE