| | | |
|---|---|---|
| COURTROOM DEPUTY MINUTES DATE: January 22, 2007 | FTR RECORDING: 9:46 – 9:51 | |
| MIDDLE DISTRICT OF ALABAMA | COURT REPORTER: JAMES DICKENS | |

☐ ARRAIGNMENT   √ CHANGE OF PLEA   ☐ CONSENT PLEA

☐ RULE 44(c) HEARING   ☐ SENTENCING

---

**PRESIDING MAG. JUDGE:** CHARLES S. COODY   **DEPUTY CLERK:** WANDA STINSON

**CASE NUMBER:** 2:06-CR-284-MHT-CSC   **DEFENDANT NAME:** MICHAEL WADE WALKER

**AUSA:** TODD BROWN   **DEFENDANT ATTY:** ~~DONNIE BETHEL~~ Patricia Kemp

**Type Counsel:** ( ) Waived;  ( ) Retained;  ( ) Panel CJA;  ( ) CDO

**USPTS/USPO:** _____

Defendant ____ does  √ does NOT need and interpreter. Name: _____

---

☐ This is defendant's **FIRST APPEARANCE. (Docket kia.!!!)**

☐ Financial Affidavit executed. **ORAL MOTION** for Appointment of Counsel.

☐ **ORAL ORDER** Appointing  ☐ FPD or  ☐ CJA Panel. Notice of Appearance to be filed.

☐ **WAIVER OF INDICTMENT** executed and filed.

☐ **FELONY INFORMATION** filed.

☐ Juvenile Information filed w/Certificate that State Court refuses jurisdiction.

**PLEA:**  ☐ Not Guilty  ☐ Nol Contendere  ☐ Not Guilty by reason of insanity

√ Guilty as to:  √ Count(s) 1  of the **Indictment.**

☐ Count(s) ____   ☐ dismissed on oral motion of USA;

☐ To be dismissed at sentencing.

√ Consent to enter Guilty Plea before U.S. Magistrate Judge Executed.

☐ No Plea Agreement entered  √ Written plea agreement filed.  ☐ **ORDERED SEALED.**

√ **ORAL ORDER** Adjudicating defendant guilty.

☐ **ORDER:** Defendant Continued  ☐ same Conditions/Bond imposed by Mag. Judge;

☐ Released on Bond & Conditions of Release for:  ☐ Trial on _____;

☐ Sentencing on _____;  ☐ to be set by Separate Order

√ **ORDER:** Defendant remanded to custody of U.S. Marshal for:

☐ Trial on _____; or  √ Sentencing on _____  √ Set by separate Order.