IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No.: 2:06cr284-MHT |
| | ) | |
| MICHAEL W. WALKER | ) | |

### MOTION TO EXTEND THE TIME FOR FILING OBJECTIONS TO PSI AND REQUEST FOR DOWNWARD DEPARTURE

**COMES NOW** the Defendant, **MICHAEL W. WALKER**, by undersigned counsel, Donnie W. Bethel, and respectfully moves the Court for an Order to extend the time for filing objections to the PSI and request for downward departure. In support of this motion, the Defendant would show the following:

1. Defendant's counsel is out of the Federal Defenders' office for mandatory military training, which began on March 16, 2007, and will not return until April 6, 2007.

2. The PSI was not received in our office until March 19, 2007.

3. The objections to the PSI are due today.

4. It is in the interest of justice to allow defense counsel additional time to file objections to the PSI and move for any downward departure.

**WHEREFORE**, Defendant respectfully requests that this Motion to Extend the Time for Filing Objections to the PSI and Request for Downward Departure be granted until April 9, 2007.

Dated this 29th day of March, 2007.

Respectfully submitted,

s/Donnie W. Bethel
DONNIE W. BETHEL
Assistant Federal Defender
201 Monroe Street, Ste. 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: don_bethel@fd.org
IN Bar Code: 14773-49

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No.: 2:06cr284-MHT |
| ) | |
| MICHAEL W. WALKER ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on March 29, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Todd A. Brown, Esq., Assistant U. S. Attorney, One Court Square, Suite 201, Montgomery, Alabama 36104.

Respectfully submitted,

s/ Donnie W. Bethel
DONNIE W. BETHEL
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail:don_bethel@fd.org
IN Bar Code: 14773-49