IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** )<br>)<br>v. )<br>)<br>**MICHAEL W. WALKER** ) | **CRIMINAL ACTION NO.**<br>**2:06cr284-MHT** |

## ORDER

It is ORDERED that the motion for extend time (Doc. No. 29) is granted as requested.

DONE, this the 3rd day of April, 2007.

　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**