**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No.: 2:06cr284-MHT |
| ) | |
| MICHAEL W. WALKER ) | |

### MOTION TO CONTINUE SENTENCING HEARING

**COMES NOW** the Defendant, **MICHAEL W. WALKER**, by undersigned counsel, Donnie W. Bethel, and respectfully moves the Court for an Order to continue the sentencing hearing in this case. In support of this motion, the Defendant would show the following:

1. Mr. Walker's sentencing hearing is now scheduled for April 19, 2007.

2. Mr. Walker suffers from Crohn's disease and at his sentencing hearing he plans to submit medical evidence documenting the debilitating impact this disease has had on him.

3. Thus far Mr. Walker has been unable to obtain copies of his medical records from his treating physician, who is located in Georgia.

4. A continuance will allow Mr. Walker time to obtain the records prior to the sentencing hearing.

5. Neither Assistant United States Attorney Todd Brown nor United States Probation Officer Jeffrey Lee oppose Mr. Walker's request for a continuance.

6. A continuance in this case would serve the ends of justice.

**WHEREFORE**, Defendant respectfully requests that this Motion to Continue

Sentencing Hearing be granted.

    Dated this 16th day of April, 2007.

                                      Respectfully submitted,

                                      s/Donnie W. Bethel
                                      DONNIE W. BETHEL
                                      Assistant Federal Defender
                                      201 Monroe Street, Ste. 407
                                      Montgomery, Alabama 36104
                                      Phone: (334) 834-2099
                                      Fax: (334) 834-0353
                                      E-mail: don_bethel@fd.org
                                      IN Bar Code: 14773-49

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                                             ) | Case No.: 2:06cr284-MHT |
| ) | |
| MICHAEL W. WALKER           ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on April 16, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Todd A. Brown, Esq., Assistant U. S. Attorney, One Court Square, Suite 201, Montgomery, Alabama 36104.

Respectfully submitted,

s/ Donnie W. Bethel
DONNIE W. BETHEL
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: don_bethel@fd.org
IN Bar Code: 14773-49