IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) |     2:06cr284-MHT |
| **MICHAEL WADE WALKER** | ) | |

### ORDER

It is ORDERED as follows:

(1) Defendant Michael Wade Walker's motion to continue sentencing (Doc. No. 31) is granted.

(2) Sentencing for defendant Walker, now set for April 19, 2007, is reset for May 7, 2007, at 10:00 a.m. at the Frank M. Johnson, Jr. United States Courthouse complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama, 36104.

DONE, this the 18th day of April, 2007.

              /s/ Myron H. Thompson
        **UNITED STATES DISTRICT JUDGE**