IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| v. | ) CR. NO. 2:06-CR-0284-MHT |
| | ) |
| **MICHAEL WADE WALKER** | ) |

**MOTION TO DECREASE DEFENDANT'S OFFENSE LEVEL
PURSUANT TO§ 3E1.1(b), UNITED STATES SENTENCING GUIDELINES
(ACCEPTANCE OF RESPONSIBILITY)**

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and files the above-captioned Motion, and as reasons therefore, submits the following:

1. Defendant qualifies for a reduction in Defendant's sentence pursuant to U.S.S.G § 3E1.1(b) as Defendant assisted authorities in the investigation and prosecution of Defendant's own misconduct by timely notifying authorities of Defendant's intention to enter a plea of guilty, thereby permitting the United States to avoid preparing for trial and permitting the Government and this Court to allocate their resources efficiently.

2. Accordingly, pursuant to U.S.S.G § 3E1.1(b), the United States respectfully moves this Court to reduce the Defendant's offense level by one level. Combined with the two-level reduction applied to Defendant's offense level pursuant to U.S.S.G. § 3E1.1(a), a total reduction of three levels should be applied to Defendant's offense level for Defendant's acceptance of responsibility.

Respectfully submitted, this the 1st day of May, 2007.

                                              LEURA G. CANARY
                                              UNITED STATES ATTORNEY

                                              s/Todd A. Brown
                                              TODD A. BROWN
                                              Assistant United States Attorney
                                              One Court Square, Suite 201
                                              Montgomery, AL 36104
                                              Phone: (334)223-7280
                                              Fax: (334)223-7135
                                              E-mail: todd.brown@usdoj.gov
                                              ASB-1901-O64T

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 2:06-CR-0284-MHT |
| ) | |
| MICHAEL WADE WALKER ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on May 1, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Donnie W. Bethel, Esq.

                                                Respectfully submitted,

                                                s/Todd A. Brown
                                                TODD A. BROWN
                                                Assistant United States Attorney
                                                One Court Square, Suite 201
                                                Montgomery, AL 36104
                                                Phone: (334)223-7280
                                                Fax: (334)223-7135
                                                E-mail: todd.brown@usdoj.gov
                                                ASB-1901-O64T