**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No.: 2:06cr284-MHT |
| ) | |
| MICHAEL W. WALKER ) | |

**SECOND UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING**

**COMES NOW** the Defendant, **MICHAEL W. WALKER**, by undersigned counsel, Donnie W. Bethel, and respectfully moves the Court for an Order to continue the sentencing hearing in this case. In support of this motion, the Defendant would show the following:

1. Mr. Walker's sentencing hearing is now scheduled for May 7, 2007.

2. Dr. Louellen Gurley, of the Clark-Holder Clinic in LaGrange, Georgia, was Mr. Walker's treating physician until he was arrested in November 2006.

3. Mr. Walker intends to call Dr. Gurley as a witness at his sentencing hearing to discuss Mr. Walker's extensive history suffering from Crohn's Disease. Dr. Gurley's mother today underwent surgery that was just recently scheduled. As a result, Dr. Gurley will be away from her medical practice and will be unable to testify at Mr. Walker's sentencing hearing now set for May 7, 2007.

4. Further, Mr. Walker, despite a properly-executed, HIPAA-compliant medical release, has been unable to secure the cooperation of the Pathways Center of LaGrange, Georgia, in obtaining copies of his mental health records that are maintained there. Mr. Walker now intends to subpoena the production of those records, which he needs for his

sentencing hearing.

5.      Therefore, Mr. Walker requests that his sentencing hearing be continued for 30 days to allow for the availability of Dr Gurley to testify in his behalf and to allow time to subpoena his mental health records from Pathways Center.

6.      Assistant United States Attorney Todd Brown does not oppose Mr. Walker's request for a continuance.

7.      A continuance in this case would serve the ends of justice.

**WHEREFORE**, Defendant respectfully requests that this Motion to Continue Sentencing Hearing be granted.

Dated this 3rd day of May, 2007.

Respectfully submitted,

s/Donnie W. Bethel
DONNIE W. BETHEL
Assistant Federal Defender
201 Monroe Street, Ste. 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: don_bethel@fd.org
IN Bar Code: 14773-49

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No.: 2:06cr284-MHT |
| ) | |
| MICHAEL W. WALKER ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on May 3, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Todd A. Brown, Esq., Assistant U. S. Attorney, One Court Square, Suite 201, Montgomery, Alabama 36104.

        Respectfully submitted,

        s/ Donnie W. Bethel
        DONNIE W. BETHEL
        Assistant Federal Defender
        201 Monroe Street, Suite 407
        Montgomery, Alabama 36104
        Phone: (334) 834-2099
        Fax: (334) 834-0353
        E-mail: don_bethel@fd.org
        IN Bar Code: 14773-49