IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:06cr284-MHT |
| MICHAEL W. WALKER | ) | |

## ORDER

It is ORDERED as follows:

(1) Defendant Michael Wade Walker's motion to continue sentencing (Doc. No. 34) is granted.

(2) Sentencing for defendant Walker, now set for May 7, 2007, is reset for June 12, 2007, at 10:00 a.m. at the Frank M. Johnson, Jr. United States Courthouse Complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama, 36104.

DONE, this the 8th day of May, 2007.

　　　　　　　　　　　　　　  /s/ Myron H. Thompson
　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE