# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | **Case No.: 2:06cr284-MHT** |
| ) | |
| **MICHAEL W. WALKER** ) | |

## *DEFENDANT'S MOTION TO SEAL*

**NOW COMES** the defendant, Michael W. Walker, by and through undersigned counsel, and moves this Court to enter an Order *placing under seal* the Report of Dr. David C. Ghostley, Psy.D of the defendant which was completed on March 14, 2007 and which was attached as an Exhibit to the Defendant's Notice of Filing Exhibits in Support of Sentencing Position (Document 38-1).

Because these materials contain personal and medical information about Mr. Walker, defendant respectfully requests that this document be filed *under seal* and remain under seal until further Order of this Court.

**WHEREFORE**, the Defendant respectfully prays that this Motion be granted.

Respectfully submitted,

s/Donnie W. Bethel
DONNIE W. BETHEL
Assistant Federal Defender
201 Monroe Street, Ste. 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: don_bethel@fd.org
IN Bar Code: 14773-49

**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | Case No.: 2:06cr284-MHT |
| ) | |
| **MICHAEL W. WALKER** ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on June 1, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Todd A. Brown, Esq., Assistant U. S. Attorney, One Court Square, Suite 201, Montgomery, Alabama 36104.

        Respectfully submitted,

        s/ Donnie W. Bethel
        DONNIE W. BETHEL
        Assistant Federal Defender
        201 Monroe Street, Suite 407
        Montgomery, Alabama 36104
        Phone: (334) 834-2099
        Fax: (334) 834-0353
        E-mail:don_bethel@fd.org
        IN Bar Code: 14773-49