IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06cr284-MHT |
| | ) | |
| MICHAEL WADE WALKER | ) | |

## UNITED STATES' NOTICE OF APPEARANCE

Comes now the undersigned Assistant United States Attorney for the Middle District of

Alabama, A. Clark Morris, and enters her notice of appearance on behalf of the United States in the

above-styled cause.

Respectfully submitted this the 12th day of June, 2007.

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/A. Clark Morris
A. CLARK MORRIS
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104
Phone: (334) 223-7280
Fax: (334) 223-7135
E-mail: clark.morris@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA     )
               )
     v.              )      CR. NO. <u>2:06cr284-MHT</u>
               )
MICHAEL WADE WALKER     )

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 12, 2007, I electronically filed the foregoing with the Clerk of

the Court using the CM/ECF system which will send notification of such filing to the following:

Donnie Wayne Bethel, Esq.

Respectfully submitted,

/s/A. Clark Morris
A. CLARK MORRIS
One Court Square, Suite 201
Montgomery, AL 36104
Phone: (334)223-7280
Fax: (334)223-7135
E-mail: clark.morris@usdoj.gov